JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES P. RODRIGUEZ,<br><br>    Plaintiff<br><br>    v.<br><br>LOS ANGELES COUNTY SHERIFFS DEPARTMENT,<br><br>    Defendant. | Case No. 2:24-cv-07715-MCS (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Dismissing Action Without Prejudice,

IT IS ADJUDGED that the above-captioned case is dismissed without prejudice.

DATED: January 21, 2025

_____
MARC C. SCARSI
UNITED STATES DISTRICT JUDGE